IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| SQRL AVIATION, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:25cv39-BRW |
| | ) |
| JB&B CAPITAL, LLC, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT JB&B CAPITAL, LLC's**
**CORPORATE DISCLOSURE STATEMENT**

Defendant JB&B Capital, LLC ("Defendant"), by and through its undersigned counsel, pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, hereby submits the following Corporate Disclosure Statement:

Defendant is a limited liability company organized under the laws of the state of Tennessee that is comprised of a single member: John P. Mills. John P. Mills is a citizen of the state of Tennessee.

Respectfully submitted,

*/s/ Robert F. Tom*
Robert F. Tom (Ark. Bar No. 2013026)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901.526.2000
Facsimile: 901.577.0845
rtom@bakerdonelson.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2025, a true and correct copy of the foregoing was served by email and overnight delivery, on the following:

Clinton W. Lancaster, Esq.
LANCASTER LAW FIRM, PLLC
P.O. Box 1295
Benton, AR 72018

/s/ Robert F. Tom