# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
BAKER DONELSON; 4239757665

**B. Email** SCOOPER@BAKERDONELSON.COM

**C. SEND ACKNOWLEDGEMENT TO:**
Name
Address
Address
City/State/Zip

Florida Secured Transaction Registry

# FILED

2024 Jan 03 03:39 PM

********* 202400020890 *********

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| SQRL AVIATION, LLC | | | |
| 1.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1.c MAILING ADDRESS Line One | | | |
| 27 RAHLING CIRCLE | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE / POSTAL CODE | COUNTRY |
| SUITE C | LITTLE ROCK | AR / 72223 | USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2.c MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE / POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JB&B CAPITAL, LLC | | | |
| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3.c MAILING ADDRESS Line One | | | |
| 109 S. NORTHSHORE DRIVE | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE / POSTAL CODE | COUNTRY |
| SUITE 300 | KNOXVILLE | TN / 37919 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

SEE ATTACHED SCHEDULE A.

**5. ALTERNATE DESIGNATION (if applicable)**
☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR
☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.05/2013)  Filing Office Copy  Approved by the Secretary of State, State of Florida

EXHIBIT D

**Debtor:** SQRL Aviation, LLC
**Secured Party:** JB&B Capital, LLC

## SCHEDULE A
## TO UCC-1 FINANCING STATEMENT

One (1) Raytheon Aircraft Company Model 390 aircraft
with manufacturer's serial number RB-005, N311SQ

Two (2) Williams Model FJ44-2A engines
with manufacturer's serial numbers 1011 and 1012,

including, but not limited to,

(a)  all avionics, accessories, improvements, components, instruments, furnishings, substitutions, additions, replacements, parts, tools and equipment, and all log books, records, manuals now and other repositories of information, whether in written form or electronic, now or hereafter affixed to or used in connection with such airframe or any engine, including but not limited to any life limit and overhaul records, Engine Historical Books containing life limit and overhaul or maintenance/inspection records, and all technical log pages from date of manufacture of the aircraft or any engine onward, together with all products and proceeds thereof, including but not limited to all leased and/or chartered income and all insurance recoveries,

(b)  any and all spare parts, engine(s), avionics, components, accessories, equipment, or sub-components used, stored, purchased, or cached in connection therewith,

(c)  any and all proceeds thereof and insurance recoveries therefrom,

(d)  all replacements, additions, accessions, accessories, and substitutions thereto or therefor,

(e)  and all logbooks, manuals, records and documents issued for and reflecting the use thereof together with all present and future Third Party Agreements (hereinafter defined), Associated Rights (hereinafter defined), and all Proceeds (hereinafter defined) of the foregoing,

(f)  Third Party Agreements shall mean any and all leases, subleases, interchange agreements, charter agreements, master service agreements, aircraft service agreements, maintenance agreements, component exchange or overhaul agreements, pooling agreements, timeshare agreements and any other similar agreements or arrangements of any kind whatsoever relating to the Aircraft or any part or component thereof, including, but not limited to, Service by the Hour agreements, Power by the Hour agreements, or logistics and maintenance support agreements,

(g)  Associated Rights shall have the meaning ascribed thereto in the Cape Town Convention on International Interests in Mobile Equipment and the Protocol Thereto On Matters Specific to Aircraft Equipment, concluded in Cape Town, South Africa in November of 2001, as amended thereafter, including all rights to payment or other performance by Debtor or any guarantor under the Security Agreement between Debtor and Secured Party or the Loan

Documents (as described in the Security Agreement) which are secured by or associated with the Aircraft,

(h)     Proceeds shall have the meaning assigned to it in the Uniform Commercial Code (UCC), and in any event, shall include, but not be limited to, all goods, accounts, chattel paper, documents, instruments, general intangibles, investment property, deposit accounts, letter of credit rights, investment property, deposit accounts and supporting obligations (to the extent any of the foregoing terms are defined in the UCC, any such foregoing terms shall have the meanings given to the same in the UCC), and all of Debtor's rights in and to any of the foregoing, and any and all rents, payments, charter hire and other amounts of any kind whatsoever due or payable under or in connection with the Aircraft, including, without limitation,

(A)     any and all proceeds of any insurance, indemnity, warranty or guaranty payable to Debtor from time to time with respect to the Aircraft,

(B)     any and all payments (in any form whatsoever) made or due and payable to Debtor from time to time in connection with any requisition, confiscation, condemnation, seizure or forfeiture of the Aircraft by any governmental body, authority, bureau or agency or any other Person (whether or not acting under color of governmental authority), and

(C)     any and all other rents or profits or other amounts from time to time paid or payable under or in connection with the Aircraft, including, but not limited to, any Third Party Agreements.