OLD REPUBLIC INSURANCE COMPANY
631 EXCEL DRIVE
SUITE 200
MOUNT PLEASANT PA 15666

# NOTICE OF CANCELLATION OF INSURANCE

Named Insured & Mailing Address:

SQRL AVIATION, LLC
27 RAHLING CIRCLE
SUITE C
LITTLE ROCK AR 72223

Producer: E1559

COLEY CHRISTIAN AVIATION INS INC
2930 WINCHESTER ROAD
SUITE 202
MEMPHIS TN 38118

Policy No.: CA 00415804
Type of Policy: AVIATION-LIABILITY OR HULL
Date of Cancellation: 12/23/2024; 12:01 A.M. Local Time at the mailing address of the Named Insured.

We are cancelling this policy. Your insurance will cease on the Date of Cancellation shown above.

The reason for cancellation is Nonpayment of premium.

Producer

COLEY CHRISTIAN AVIATION INS INC
2930 WINCHESTER ROAD
SUITE 202
MEMPHIS TN 38118

Date Mailed:
9th day of December, 2024

*[signature]*

NEW SIGNATURE

FORM# CC9697AR51995
ODEN 3.0.24.10s

Copy for Producer

ARCC2NONPMNT
12092024SYNY
Page 1 of 1

EXHIBIT F