| Date | Departure | Arrival | Aircraft | Duration |
|---|---|---|---|---|
| Monday 27-Jan-2025 | 03:24PM CST Clinton National - LIT | 03:32PM CST North Little Rock Muni - ORK | PRM1 | 0h 08m |
| Monday 27-Jan-2025 | 02:59PM CST North Little Rock Muni - ORK | 03:03PM CST Clinton National - LIT | PRM1 | 0h 04m |
| Monday 27-Jan-2025 | 02:13PM CST Dallas Love Fld - DAL | 02:54PM CST North Little Rock Muni - ORK | PRM1 | 0h 41m |
| Monday 27-Jan-2025 | 12:10PM CST North Little Rock Muni - ORK | 01:04PM CST Dallas Love Fld - DAL | PRM1 | 0h 54m |
| Friday 24-Jan-2025 | 09:00AM CST Northwest Florida Beaches Intl - ECP | 10:17AM CST North Little Rock Muni - ORK | PRM1 | 1h 17m |
| Friday 24-Jan-2025 | 07:47AM CST Clinton National - LIT | 08:50AM CST Northwest Florida Beaches Intl - ECP | PRM1 | 1h 03m |
| Thursday 23-Jan-2025 | 03:01PM CST Fort Smith Rgnl - FSM | 03:26PM CST Clinton National - LIT | PRM1 | 0h 25m |
| Thursday 23-Jan-2025 | 11:10AM CST Dallas Love Fld - DAL | 11:50AM CST Fort Smith Rgnl - FSM | PRM1 | 0h 40m |
| Thursday 23-Jan-2025 | 09:34AM CST Clinton National - LIT | 10:31AM CST Dallas Love Fld - DAL | PRM1 | 0h 57m |
| Wednesday 22-Jan-2025 | 08:37PM CST Fort Smith Rgnl - FSM | 08:59PM CST Clinton National - LIT | PRM1 | 0h 22m |
| Wednesday 22-Jan-2025 | 08:09PM CST Northwest Arkansas Ntl - XNA | 08:24PM CST Fort Smith Rgnl - FSM | PRM1 | 0h 15m |
| Wednesday 22-Jan-2025 | 06:02PM CST Clinton National - LIT | 06:44PM CST Northwest Arkansas Ntl - XNA | PRM1 | 0h 42m |
| Monday 20-Jan-2025 | 05:50PM CST Drake Fld - FYV | 06:13PM CST Clinton National - LIT | PRM1 | 0h 23m |
| Monday 20-Jan-2025 | 05:15PM CST North Little Rock Muni - ORK | 05:40PM CST Drake Fld - FYV | PRM1 | 0h 25m |
| Monday 20-Jan-2025 | 01:48PM CST Kennett Memorial - TKX | 02:23PM CST North Little Rock Muni - ORK | PRM1 | 0h 35m |
| Monday 20-Jan-2025 | 08:39AM CST North Little Rock Muni - ORK | 09:05AM CST Kennett Memorial - TKX | PRM1 | 0h 26m |
| Sunday 19-Jan-2025 | 07:45PM CST Lakefront - NEW | 08:42PM CST North Little Rock Muni - ORK | PRM1 | 0h 57m |
| Sunday 19-Jan-2025 | 11:05AM CST North Little Rock Muni - ORK | 12:01PM CST Lakefront - NEW | PRM1 | 0h 56m |
| Saturday 18-Jan-2025 | 01:37PM CST Austin-Bergstrom Intl - AUS | 02:36PM CST North Little Rock Muni - ORK | PRM1 | 0h 59m |
| Saturday 18-Jan-2025 | 10:55AM CST North Little Rock Muni - ORK | 12:17PM CST Austin-Bergstrom Intl - AUS | PRM1 | 1h 22m |

EXHIBIT G

| Date | Departure | Arrival | Aircraft | Duration |
|---|---|---|---|---|
| Thursday 16-Jan-2025 | 03:00PM CST Austin-Bergstrom Intl - AUS | 04:07PM CST North Little Rock Muni - ORK | PRM1 | 1h 07m |
| Thursday 16-Jan-2025 | 12:50PM CST North Little Rock Muni - ORK | 02:07PM CST Austin-Bergstrom Intl - AUS | PRM1 | 1h 17m |
| Thursday 16-Jan-2025 | 11:50AM CST Springfield - SGF | 12:18PM CST North Little Rock Muni - ORK | PRM1 | 0h 28m |
| Thursday 16-Jan-2025 | 09:41AM CST Northwest Florida Beaches Intl - ECP | 11:32AM CST Springfield - SGF | PRM1 | 1h 51m |
| Thursday 16-Jan-2025 | 08:13AM CST North Little Rock Muni - ORK | 09:15AM CST Northwest Florida Beaches Intl - ECP | PRM1 | 1h 02m |
| Wednesday 15-Jan-2025 | 03:49PM CST Drake Fld - FYV | 04:10PM CST North Little Rock Muni - ORK | PRM1 | 0h 21m |
| Wednesday 15-Jan-2025 | 02:36PM CST North Little Rock Muni - ORK | 03:03PM CST Drake Fld - FYV | PRM1 | 0h 27m |
| Wednesday 15-Jan-2025 | 12:45PM CST Northwest Florida Beaches Intl - ECP | 02:07PM CST North Little Rock Muni - ORK | PRM1 | 1h 22m |
| Wednesday 15-Jan-2025 | 11:46AM EST Asheville Rgnl - AVL | 11:56AM CST Northwest Florida Beaches Intl - ECP | PRM1 | 1h 10m |
| Wednesday 15-Jan-2025 | 08:50AM CST North Little Rock Muni - ORK | 10:54AM EST Asheville Rgnl - AVL | PRM1 | 1h 04m |

**N311SQ filed a flight plan ORK -> ECP** `Inbox`

**FlightAware...** Dec 23, 2024
to me

N311SQ has just filed a flight plan. It is scheduled to depart from North Little Rock Muni (ORK) at 01:05PM CST Monday (23 Dec) heading for Northwest Florida Beaches Intl (ECP) for an estimated arrival at 02:18PM CST Monday (23 Dec).

For more information visit https://www.flightaware.com/live/flight/N311SQ/history/20241223/1905Z/KORK/KECP.


Want more flight alerts and great premium FlightAware features? Get a premium account - http://flightaware.com/commercial/premium

To edit or disable these alerts please visit https://www.flightaware.com/account/manage/alerts/.

FlightAware

---
FlightAware - Eleven Greenway Plaza - Suite 2900 - Houston Texas - 77046 - USA - +1-713-877-9010



# N311SQ is expected to arrive at ECP in 45 min  `Inbox`

**Summarize this email**

**FlightAware...** Dec 23, 2024
to me

N311SQ is expected to arrive at Northwest Florida Beaches Intl (ECP) in 45 minutes at 02:10PM CST

For more information visit https://www.flightaware.com/live/flight/N311SQ/history/20241223/1905Z/KORK/KECP.


Want more flight alerts and great premium FlightAware features? Get a premium account - http://flightaware.com/commercial/premium

To edit or disable these alerts please visit https://www.flightaware.com/account/manage/alerts/.

FlightAware

---
FlightAware - Eleven Greenway Plaza - Suite 2900 - Houston Texas - 77046 - USA - +1-713-877-9010

Reply | Forward

9:24

# N311SQ arrived at ECP from ORK  Inbox

Summarize this email

**FlightAware...** Dec 23, 2024
to me

N311SQ arrived at Northwest Florida Beaches Intl (ECP) at 02:17PM CST from North Little Rock Muni (ORK) after 1:08 en route

For more information visit
https://www.flightaware.com/live/flight/N311SQ/history/20241223/1905Z/KORK/KECP.


Want more flight alerts and great premium FlightAware features? Get a premium account - http://flightaware.com/commercial/premium

To edit or disable these alerts please visit https://www.flightaware.com/account/manage/alerts/.

FlightAware

---
FlightAware - Eleven Greenway Plaza - Suite 2900 - Houston Texas - 77046 - USA - +1-713-877-9010

Reply    Forward

**N311SQ filed a flight plan ECP -> ORK** Inbox

**FlightAware** — Dec 23, 2024
to me

N311SQ has just filed a flight plan. It is scheduled to depart from Northwest Florida Beaches Intl (ECP) at 02:30PM CST Monday (23 Dec) heading for North Little Rock Muni (ORK) for an estimated arrival at 03:43PM CST Monday (23 Dec).

For more information visit
https://www.flightaware.com/live/flight/N311SQ/history/20241223/2030Z/KECP/KORK.

Want more flight alerts and great premium FlightAware features? Get a premium account - http://flightaware.com/commercial/premium

To edit or disable these alerts please visit https://www.flightaware.com/account/manage/alerts/.

FlightAware

---
FlightAware - Eleven Greenway Plaza - Suite 2900 - Houston Texas - 77046 - USA - +1-713-877-9010

**N311SQ has departed ECP for ORK** — Inbox

Summarize this email

**FlightAware** — Dec 23, 2024
to me

N311SQ (PRM1) departed Northwest Florida Beaches Intl (ECP) at 02:39PM CST enroute to North Little Rock Muni (ORK) for an estimated arrival at 03:53PM CST

For more information visit https://www.flightaware.com/live/flight/N311SQ/history/20241223/2039Z/KECP/KORK.

Want more flight alerts and great premium FlightAware features? Get a premium account - http://flightaware.com/commercial/premium

To edit or disable these alerts please visit https://www.flightaware.com/account/manage/alerts/.

FlightAware

---
FlightAware - Eleven Greenway Plaza - Suite 2900 - Houston Texas - 77046 - USA - +1-713-877-9010



# N311SQ is expected to arrive at ORK in 45 min  Inbox

**Summarize this email**

**FlightAware…**   Dec 23, 2024
to me

N311SQ is expected to arrive at North Little Rock Muni (ORK) in 45 minutes at 03:48PM CST

For more information visit
https://www.flightaware.com/live/flight/N311SQ/history/20241223/2030Z/KECP/KORK.


Want more flight alerts and great premium FlightAware features? Get a premium account -
http://flightaware.com/commercial/premium

To edit or disable these alerts please visit
https://www.flightaware.com/account/manage/alerts/.

FlightAware

---
FlightAware - Eleven Greenway Plaza - Suite 2900 - Houston Texas - 77046 - USA - +1-713-877-9010

← Reply    → Forward

**N311SQ arrived at ORK from ECP** `Inbox`

Summarize this email

**FlightAware…** Dec 23, 2024
to me

N311SQ arrived at North Little Rock Muni (ORK) at 03:50PM CST from Northwest Florida Beaches Intl (ECP) after 1:10 en route

For more information visit
https://www.flightaware.com/live/flight/N311SQ/history/20241223/2030Z/KECP/KORK.


Want more flight alerts and great premium FlightAware features? Get a premium account - http://flightaware.com/commercial/premium

To edit or disable these alerts please visit https://www.flightaware.com/account/manage/alerts/.

FlightAware

---
FlightAware - Eleven Greenway Plaza - Suite 2900 - Houston Texas - 77046 - USA - +1-713-877-9010

Reply | Forward