# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SQRL AVIATION LLC**                                                                                    **PLAINTIFF**

**v.**                          **CASE NO. 4:25-CV-00039-BSM**

**JB&B CAPITAL LLC**                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, SQRL Aviation LLC's complaint and motion for injunction are dismissed with prejudice.

IT IS SO ORDERED this 6th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE