**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SQRL AVIATION, LLC**                                                                 **PLAINTIFF**

**v.**                                        **CASE NO. 4:25-CV-00039-BSM**

**JB&B CAPITAL, LLC**                                                              **DEFENDANT**

**<u>ORDER</u>**

SQRL Aviation, LLC was directed to respond to JB&B Capital, LLC's motion for summary judgment [Doc. No. 48] and failed to do so. Doc. No. 52.  Thus, the motion is granted and JB&B is awarded $1,170,547.34 for the deficiency amount plus interest and default interest.

IT IS SO ORDERED this 9th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE