**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SQRL AVIATION, LLC**                                             **PLAINTIFF**

**v.**                              **CASE NO. 4:25-CV-00039-BSM**

**JB&B CAPITAL, LLC**                                             **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, judgment is entered in favor of JB&B Captial,

LLC in the amount of $1,170,547.34 plus interest and default interest.

IT IS SO ORDERED this 9th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE